THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv34

| | |
|---|---|
| i play. inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| NATIVE CANADA FOOTWEAR, ) | |
| LTD. and NATIVE SHOES LIMITED, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Defendants' motions for the admission of attorneys John M. Kim and Joshua J. Richman as counsel *pro hac vice*. [Docs. 12, 13].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendants' motions [Docs. 12, 13] are **ALLOWED**, and John M. Kim and Joshua J. Richman are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 3, 2011

Martin Reidinger
United States District Judge