# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11cv34

| | |
|---|---|
| i play. inc., )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>NATIVE CANADA FOOTWEAR, )<br>LTD. and NATIVE SHOES LIMITED, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' motions for the admission of attorneys John M. Kim and Joshua J. Richman as counsel *pro hac vice*. [Docs. 12, 13].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendants' motions [Docs. 12, 13] are **ALLOWED**, and John M. Kim and Joshua J. Richman are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 3, 2011

Martin Reidinger
United States District Judge