# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11cv34

| | |
|---|---|
| i play. inc., )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>NATIVE CANADA FOOTWEAR, )<br>LTD. and NATIVE SHOES LIMITED, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties were required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within seven (7) days thereafter. The record reflects that joinder of the issues occurred on November 9, 2011, when the Plaintiff answered the Defendants' counterclaim.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable but no later than **January 5,**

**2012**, and that the parties shall file a certificate of initial attorneys' conference with the Court no later than **January 12, 2012**.

    **IT IS SO ORDERED**.

Signed: December 19, 2011

Martin Reidinger
United States District Judge